JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY YOUNG, | ) Case No.: EDCV11-00526-VAP (OPx) |
| Plaintiff, | ) **JUDGMENT OF POSSESSION** |
| vs. | ) |
| WELLS FARGO BANK, N.A., CAL WESTERN RECONVEYANCE CORPORATION and DOES 1 through 150, | ) |
| Defendants. | ) |

TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Stipulation of Possession by and between Plaintiff, LARRY YOUNG ("Plaintiff"), and Defendant Wells Fargo Bank, N.A. ("Defendant"), IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

JS-6

1. Defendant is entitled to possession of the real property commonly known as: 23586 Kathryn Street, Murrieta, CA 92562 ("Property").

2. A Writ of possession regarding the Property shall issued immediately in favor of Defendant but no lockout shall occur before **12:00 p.m. (noon) on February 24, 2012**, by which Defendant may have the Sheriff, Marshall or other appropriate officer deliver possession of the Property to Plaintiff and evict and/or remove any and all occupants of the Property who are not occupying the Property with the express written consent of Defendant, including, but not limited to Plaintiff.

3. This Judgment shall apply to all occupants of the Property, including, but not limited to, Plaintiff and any and all tenants and/or subtenants, if any.

**IT IS SO ORDERED.**

Date: January 18, 2012

_____
HONORABLE VIRGINIA A. PHILLIPS
United States District Judge